UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN K. TOSCANO,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MAUREEN MCLEAN, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06800-EMC<br><br>**ORDER DENYING MOTION TO REINSTATE DEFENDANTS**<br><br>Docket No. 26 |

On February 6, 2018, the Court reviewed the second amended complaint, ordered service of process on two Defendants and dismissed the other Defendants for the reasons stated in that order. Docket No. 24. Plaintiff has filed a motion for reinstatement of three dismissed Defendants because he disagrees with the Court's analysis in the February 6, 2018. Plaintiff fails to show newly discovered evidence, clear error, a manifestly unjust decision, or an intervening change in the law. *See School Dist. No. 1J v. ACandS, Inc.,* 5 F.3d 1255, 1263 (9th Cir. 1993) ("Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law.") Plaintiff's motion seeking reconsideration of the February 6, 2018 order therefore is **DENIED**. Docket No. 26.

**IT IS SO ORDERED**.

Dated: March 19, 2018

_____
EDWARD M. CHEN
United States District Judge