UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN K. TOSCANO,<br><br>Plaintiff,<br><br>v.<br><br>NANCY ADAM, et al.,<br><br>Defendants. | Case No. 16-cv-06800-EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS (1) FOR SUMMARY JUDGMENT AND (2) TO ALTER OR AMEND THE JUDGMENT**<br><br>Docket Nos. 40, 46 |

Plaintiff's second submitted "2nd motion for defaul[t] and summary judgment" is **DENIED** because it is frivolous. Docket No. 40. The filing of the third motion seeking the same basic relief was frivolous.

Plaintiff's "motion to alter/amend judgment from 6-11-18 order" is **DENIED**. Docket No. 46. Plaintiff fails to show newly discovered evidence, clear error, a manifestly unjust decision, or an intervening change in the law. *See School Dist. No. 1J v. ACandS, Inc.,* 5 F.3d 1255, 1263 (9th Cir. 1993) ("Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law.")

Once the Court makes a ruling, the issue is not open for continued debate in the district court. Motions for reconsideration are the exception, not the norm, and are appropriate only for the very limited circumstances mentioned in the preceding paragraph. Plaintiff already has filed two baseless motions for reconsideration that seem to evince nothing more than his general unhappiness with the Court's rulings. These sorts of motions for reconsideration waste judicial resources. Likewise, repetitious presentation of the same motion wastes judicial resources. If Plaintiff disagrees with the Court's rulings, he may take an appeal at the appropriate time.

Plaintiff is now cautioned that he may in the future be subject to sanctions if he continues to file groundless motions for reconsideration or repetitious motions. The sanctions that may be imposed include monetary sanctions, restrictions on the number of motions Plaintiff may file, restrictions on the evidence Plaintiff may submit in support of his claims, or dismissal of part or all of this action.

**IT IS SO ORDERED**.

Dated: June 29, 2018

_____
EDWARD M. CHEN
United States District Judge