UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN K. TOSCANO, | Case No. 16-cv-06800-EMC |
| Plaintiff, | |
| v. | **ORDER DENYING INJUNCTIVE RELIEF** |
| NANCY ADAM, et al., | Docket No. 51 |
| Defendants. | |

Plaintiff's "motion for injunction re back surgery" is **DENIED**. Docket No. 51. The one-page motion fails to show that Plaintiff "is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Natural Res. Defense Council, Inc.*, 555 U.S. 7, 24 (2008).

**IT IS SO ORDERED**.

Dated: September 13, 2018

EDWARD M. CHEN
United States District Judge